**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 18-7421**

---

RAMONA JACKSON,

Plaintiff - Appellant,

v.

VIRGINIA DEPARTMENT OF CORRECTIONS/GREENSVILLE
CORRECTIONAL CENTER,

Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Arenda L. Wright Allen, District Judge.  (4:18-cv-00096-AWA-RJK)

---

Submitted:  March 14, 2019                    Decided:  March 19, 2019

---

Before WYNN and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Ramona Jackson, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ramona Jackson appeals the district court's order dismissing her civil action for lack of subject matter jurisdiction pursuant to Fed. R. Civ. P. 12(h)(3).[*] We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Jackson v. Va. Dept. of Corr.*, No. 4:18-cv-00096-AWA-RJK (E.D. Va. Oct. 30, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] Although the district court dismissed the action without prejudice, the district court's order is a final appealable order under *Goode v. Cent. Va. Legal Aid Soc'y, Inc.*, 807 F.3d 619, 623 (4th Cir. 2015), and *Martin v. Duffy*, 858 F.3d 239, 247 (4th Cir. 2017).